UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRIL E. GRAY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV0263 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Clarify, filed March 6, 2009. (Doc. No. 4). Plaintiff states that Motion to Clarify seeks to insure that the Court and respondent understand that Ground E of 28 USC §2255 is a challenge to the District Court's Subject Matter Jurisdiction. Upon consideration, the Court will treat Plaintiff's Motion to Clarify as a Motion for Leave to Amend the Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Clarify (Doc. No. 4) shall be treated as a Motion for Leave to Amend the Complaint. Plaintiff's Motion is hereby **GRANTED**.

Dated this 13th day of April, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE